UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,           CRIMINAL NO. 13-109 (DSD/JSM)

    Plaintiff,

v.                                                                      ORDER

CEBRIAN OMAR SIMS

    Defendant.

The above-entitled matter comes before the court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 29, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Cebrian Omar Sims' Motion to Suppress Eyewitness Identifications [Docket No. 21] is **DENIED**.

2. Cebrian Omar Sims' Motion to Suppress Statements, Admissions and Answers [Docket No. 22] is **GRANTED** with regard to all statements made in response to Sergeant Cleveland's questioning.

3. Cebrian Omar Sims' Motion to Suppress Statements, Admissions and Answers [Docket No. 22] is **GRANTED** with regard to all statements made in response to Sergeant Jensen's questioning.

Dated: August 15, 2013                  s/David S. Doty
                                             David S. Doty, Judge
                                             U.S. District Court